James E. Shapiro, Esq.
Nevada Bar No. 7907
Sheldon A. Herbert, Esq.
Nevada Bar No. 5988
**SMITH & SHAPIRO, PLLC**
3333 E. Serene Ave., Suite #130
Henderson, NV 89074
(702) 318-5033
*Attorneys for Plaintiff,*
*SURE STEEL, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SURE STEEL, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas corporation; DOES 1-10, and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00529-MMD-CBC |

## STIPULATION FOR CHANGE OF VENUE, PURSUANT TO 28 U.S.C. § 1404(b)

COME NOW Plaintiff SURE STEEL, INC., a Utah corporation ("*Sure Steel*"), by and through its attorneys, SMITH & SHAPIRO, PLLC, and Defendant JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas corporation ("*Jacobs*"), by and through its attorneys, KOELLER NEBEKER CARLSON HALUCK, LLP, and hereby stipulate and agree that venue for this matter be transferred to the Southern Division of the United States District Court for the District of Nevada, pursuant to 28 U.S.C. § 1404(b), for the convenience of the parties and counsel.

This matter was removed to the United States District Court for the District of Nevada in the Reno Division by former counsel for Jacobs, the specific attorneys for which practiced law from their law firm's Reno, Nevada office. However, substituted counsel for Jacobs and counsel for Sure Steel have offices Las Vegas and Henderson, Nevada but do not have offices in Reno, Nevada.

\\\

\\\

\\\

Dated this 2ND day of ~~December, 2018~~ Jan. 2019. *mkd*

| SMITH & SHAPIRO, PLLC | KOELLER NEBEKER CARLSON HALUCK, LLP |
|---|---|
| /s/ James E. Shapiro | *(Megan Dorsey signature)* |
| James E. Shapiro, Esq. | Megan K. Dorsey, Esq. |
| Nevada Bar No. 7907 | Nevada Bar No. 6959 |
| Sheldon A. Herbert, Esq. | 400 South 4th Street, Suite #600 |
| Nevada Bar No. 5988 | Las Vegas, Nevada 89101 |
| 3333 E. Serene Ave., Suite #130 | *Attorneys for Defendant,* |
| Henderson, Nevada 89074 | *JACOBS FIELD SERVICES* |
| *Attorneys for Plaintiff,* | *NORTH AMERICA, INC.* |
| *SURE STEEL, INC.* | |

The stipulation for change of venue is granted.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2019

2