1  James E. Shapiro, Esq.
   Nevada Bar No. 7907
2  Aimee M. Cannon, Esq.
   Nevada Bar No. 11780
3  SMITH & SHAPIRO, PLLC
   3333 E. Serene Ave., Suite 130
4  Henderson, Nevada 89074
   (702) 318-5033
5  *Attorneys for SURE STEEL, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SURE STEEL, INC., a Utah corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas corporation; DOES 1-10, and ROE Entities 1-10, inclusive,<br><br>  Defendants. | CASE NO.:  2:19-cv-00021-MMD-cwh |

**STIPULATION AND ORDER TO DISMISS**

COME NOW, SURE STEEL, INC., a Utah corporation ("***Sure Steel***"), by and through its counsel, SMITH & SHAPIRO, PLLC, and Defendant JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas corporation ("***Jacobs***"), by and through its counsel, KOELLER NEBEKER CARLSON HALUCK, LLP, together (the "***Parties***"), and hereby stipulate and agree as follows:

1. That the Parties have reached a mutual resolution and settlement of this matter.

2. That all claims by and against all Parties hereto shall be DISMISSED, with prejudice, each party to bear their own attorneys' fees and costs.

3. That all matters, for this case, set on the Court's calendar shall be VACATED.

4. That there are no other pending matters or issues, in this case, for resolution or for the Court's consideration.

/ / /

/ / /

/ / /

1

SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, NV 89074
O:(702)318-5033 F:(702)318-5034

5. That this matter is and shall be CLOSED.

Dated this 14th day of August, 2019                Dated this 14th day of August, 2019

SMITH & SHAPIRO, PLLC                              KOELLER NEBEKER CARLSON HALUCK, LLP

*/s/ James E. Shapiro*                             */s/ Kirk H. Hays*
James E. Shapiro, Esq.                             Kirk H. Hays, Esq.
Nevada Bar No. 7907                                *Admitted Pro Hac Vice*
Aimee M. Cannon, Esq.                              One East Washington Street, Suite 400
Nevada Bar No. 11780                               Phoenix, AZ 85004
3333 E. Serene Ave., Suite 130                     *Attorneys for Defendant,*
Henderson, NV 89074                                *JACOBS FIELD SERVICES*
*Attorneys for SURE STEEL, INC.*                   *NORTH AMERICA, INC.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/14/2019